**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANIEL THOMAS, | ) | NO. CV 11-942-GAF(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| | ) | |
| LANCASTER PRISON, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) | |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Petitioner's Motion is denied.

IT IS FURTHER ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner, and counsel for Respondent.

5  LET JUDGMENT BE ENTERED ACCORDINGLY.

7  DATED:    December 27, 2011   .

10                                    _____
                                         GARY A. FEESS
11                                  UNITED STATES DISTRICT JUDGE