**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL THOMAS,<br><br>           Petitioner,<br><br>      v.<br><br>LANCASTER PRISON,<br><br>           Respondent. | NO. CV 11-942-GAF(E)<br><br><br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

        DATED:    December 27, 2011   .

                              _____
                                    GARY A. FEESS
                              UNITED STATES DISTRICT JUDGE